[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 19-11916

————————————————

D.C. Docket No. 1:18-cv-00883-MHC

STEWART S. RICHARDSON, JR.,

Plaintiff - Appellant,

versus

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant - Appellee.

————————————————

Appeal from the United States District Court
for the Northern District of Georgia

————————————————

(July 13, 2020)

Before WILSON and JILL PRYOR, Circuit Judges, and CORRIGAN,* District
Judge.

---

* Honorable Timothy J. Corrigan, United States District Judge for the Middle District of Florida,
sitting by designation.

PER CURIAM:

This appeal arises from Liberty Life Assurance Company of Boston's reduction of Stewart S. Richardson, Jr.'s monthly long-term disability benefits. Richardson contends that Liberty wrongfully reduced his benefits in violation of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* The district court denied his motion for summary judgment and granted Liberty's motion for judgment on the administrative record. Richardson appeals both rulings. Having considered the briefs and record, and with the benefit of oral argument, we affirm both rulings for the reasons given by the district court in its well-reasoned order, filed April 15, 2019.

**AFFIRMED.**